907 A.2d 1007

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ENOCH BRIMAGE, DEFENDANT–PETITIONER.

September 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Thomas,* 188 *N.J.* 137, 902 *A.*2d 1185 (2006).

907 A.2d 1008

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ROBERT DAVIS, DEFENDANT–PETITIONER.

September 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v.Thomas,* 188 *N.J.* 137, 902 *A.*2d 1185 (2006).

907 A.2d 1008

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MAURICE FLOWERS, DEFENDANT–PETITIONER.

September 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce,* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).